Honorable David G. Estudillo

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

CINDY VAN LOO, an Oregon resident, as Personal Representative of the ESTATE OF MICHAEL F. REINOEHL;

Plaintiff,

vs.

THE UNITED STATES OF AMERICA; PIERCE COUNTY, a political subdivision of the State of Washington; the MUNICIPALITY OF LAKEWOOD, a municipal corporation; STATE OF WASHINGTON; JAMES OLEOLE, an individual; CRAIG GOCHA, an individual; MICHAEL MERRILL, an individual; and JACOB WHITEHURST, an individual.

Defendants.

NO. 3:23-cv-05618-DGE

**ANSWER OF DEFENDANTS CITY OF LAKEWOOD AND MICHAEL MERRILL TO PLAINTIFF'S COMPLAINT AND AFFIRMATIVE DEFENSES**

TO:          PLAINTIFF;

AND TO:      ATTORNEYS FOR PLAINTIFF.

COME NOW Defendants City of Lakewood and Michael Merrill, ("Defendants") by and through the undersigned counsel, and for Answer to the Plaintiff's Complaint, admits, denies and alleges as follows:

In Answer to the "Introduction" section of Plaintiff's Compliant, Defendants deny the same.

ANSWER OF DEFENDANTS CITY OF LAKEWOOD AND MICHAEL MERRILL TO PLAINTIFF'S COMPLAINT AND AFFIRMATIVE DEFENSES – 1

Cause No.: 3:23-cv-05618-DGE

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA 98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

2.1     This paragraph does not make factual allegations that can be admitted or denied and it is denied on that basis.

2.2     This paragraph does not make factual allegations that can be admitted or denied and it is denied on that basis.

2.3     This paragraph does not make factual allegations that can be admitted or denied and it is denied on that basis.

3.1     Defendants are without sufficient information to admit or deny and therefore denies the same.

3.2     Defendants are without sufficient information to admit or deny and therefore denies the same.

3.3     This paragraph makes allegations against other defendants and is neither admitted nor denied on that basis.

3.4     This paragraph makes allegations against other defendants and is neither admitted nor denied on that basis.

3.5     This paragraph is admitted.

3.6     This paragraph makes allegations against other defendants and is neither admitted nor denied on that basis.

3.7     This paragraph makes allegations against other defendants and is neither admitted nor denied on that basis.

3.8     The first sentence of this paragraph is admitted.  The Defendants object to the second sentence as a conclusion of law and it is denied on that basis.

3.9     This paragraph makes allegations against other defendants and is neither admitted nor denied on that basis.

**ANSWER OF DEFENDANTS CITY OF LAKEWOOD AND MICHAEL MERRILL TO PLAINTIFF'S COMPLAINT AND AFFIRMATIVE DEFENSES – 2**

Cause No.:  3:23-cv-05618-DGE

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

1    3.10    This paragraph makes allegations against other defendants and is neither admitted

2    nor denied on that basis.

3    4.1    Defendants are without sufficient information to admit or deny and therefore

4    denies the same.

5    4.2    This paragraph makes allegations against other defendants and is neither admitted

6    nor denied on that basis.

7

8    4.3    This paragraph is admitted.

9    4.4    This paragraph makes allegations against other defendants and is neither admitted

10   nor denied on that basis.

11   4.5    This paragraph makes allegations against other defendants and is neither admitted

12   nor denied on that basis.

13   4.6    This paragraph makes allegations against other defendants and is neither admitted

14   nor denied on that basis.

15

16   5.1    Defendants are without sufficient information to admit or deny and therefore

17   denies the same.

18   5.2    Defendants are without sufficient information to admit or deny and therefore

19   denies the same.

20   5.3    Defendants are without sufficient information to admit or deny and therefore

21   denies the same.

22

23   5.4    Defendants admit Reinoehl was shot during a police operation on September 3,

24   2020.  The remainder of this paragraph is denied.

25   5.5    Defendants admit this paragraph.

26   5.6    Defendants admit this paragraph.

ANSWER OF DEFENDANTS CITY OF LAKEWOOD AND
MICHAEL MERRILL TO PLAINTIFF'S COMPLAINT AND
AFFIRMATIVE DEFENSES – 3

Cause No.:  3:23-cv-05618-DGE

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

1    5.7    Defendants are without sufficient information to admit or deny and therefore

2    denies the same.

3    5.8    Defendants admit Michael Merrill was employed by Lakewood Police Department

4    at the time of this incident.  The remaining allegations concern other defendants and require no

5    response and are neither admitted nor denied.

6    5.9    Defendants admit Michael Merrill was employed by Lakewood Police Department

7    at the time of this incident.  The remaining allegations concern other defendants and require no

8

9    response and are neither admitted nor denied.

10   5.10   Defendants are without sufficient information to admit or deny and therefore

11   denies the same.

12   5.11   This paragraph makes allegations against non-parties and is neither admitted nor

13   denied on that basis.

14

15   5.12   Defendants are without sufficient information to admit or deny and therefore

16   denies the same.

17   5.13   Defendants are without sufficient information to admit or deny and therefore

18   denies the same.

19   5.14   Defendants are without sufficient information to admit or deny and therefore

20   denies the same.

21

22   5.15   Defendants are without sufficient information to admit or deny and therefore

23   denies the same.

24   5.16   Defendants are without sufficient information to admit or deny and therefore

25   denies the same.

26

**ANSWER OF DEFENDANTS CITY OF LAKEWOOD AND
MICHAEL MERRILL TO PLAINTIFF'S COMPLAINT AND
AFFIRMATIVE DEFENSES – 4**

**Cause No.:  3:23-cv-05618-DGE**

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

5.17    Defendants are without sufficient information to admit or deny and therefore denies the same.

5.18    Defendants are without sufficient information to admit or deny and therefore denies the same.

5.19    Defendants are without sufficient information to admit or deny and therefore denies the same.

5.20    Defendants are without sufficient information to admit or deny and therefore denies the same.

5.21    Defendants are without sufficient information to admit or deny and therefore denies the same.

5.22    Defendants are without sufficient information to admit or deny and therefore denies the same.

5.23    Defendants are without sufficient information to admit or deny and therefore denies the same.

5.24    Defendants are without sufficient information to admit or deny and therefore denies the same.

5.25    Defendants are without sufficient information to admit or deny and therefore denies the same.  Defendants further object to this paragraph as a conclusion of law not an allegation of fact and it is denied on that basis.

5.26    Defendants are without sufficient information to admit or deny and therefore denies the same.  Defendants further object to this paragraph as a conclusion of law not an allegation of fact and it is denied on that basis.

ANSWER OF DEFENDANTS CITY OF LAKEWOOD AND
MICHAEL MERRILL TO PLAINTIFF'S COMPLAINT AND
AFFIRMATIVE DEFENSES – 5

Cause No.:  3:23-cv-05618-DGE

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

1   5.27   Defendants are without sufficient information to admit or deny and therefore
2   denies the same.

3   5.28   Defendants are without sufficient information to admit or deny and therefore
4   denies the same.

5   5.29   This paragraph makes allegations against other defendants and is neither admitted
6
7   nor denied on that basis.

8   5.30   Defendants are without sufficient information to admit or deny and therefore
9   denies the same.

10   5.31   Defendants are without sufficient information to admit or deny and therefore
11   denies the same.

12   5.32   Defendants are without sufficient information to admit or deny and therefore
13   denies the same.
14

15   5.33   Defendants are without sufficient information to admit or deny and therefore
16   denies the same.

17   5.34   Defendants are without sufficient information to admit or deny and therefore
18   denies the same.

19   5.35   Defendants are without sufficient information to admit or deny and therefore
20   denies the same.

21   5.36   Defendants are without sufficient information to admit or deny and therefore
22   denies the same.
23

24   5.37   Defendants are without sufficient information to admit or deny and therefore
25   denies the same.

26

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

1    5.38   Defendants are without sufficient information to admit or deny and therefore

2  denies the same.

3    5.39   Defendants are without sufficient information to admit or deny and therefore

4  denies the same.

5    5.40   Defendants are without sufficient information to admit or deny and therefore

6

7  denies the same.

8    5.41   Defendants are without sufficient information to admit or deny and therefore

9  denies the same.

10   5.42   Defendants are without sufficient information to admit or deny and therefore

11  denies the same.

12   5.43   Defendants are without sufficient information to admit or deny and therefore

13
14  denies the same.

15   5.44   Defendants are without sufficient information to admit or deny and therefore

16  denies the same.

17   5.45   Defendants are without sufficient information to admit or deny and therefore

18  denies the same.

19   5.46   Defendants are without sufficient information to admit or deny and therefore

20  denies the same.

21   5.47   Defendants are without sufficient information to admit or deny and therefore

22
23  denies the same.

24   5.48   Defendants are without sufficient information to admit or deny and therefore

25  denies the same.

26

**ANSWER OF DEFENDANTS CITY OF LAKEWOOD AND
MICHAEL MERRILL TO PLAINTIFF'S COMPLAINT AND
AFFIRMATIVE DEFENSES – 7**

Cause No.:  3:23-cv-05618-DGE

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

5.49    Defendants are without sufficient information to admit or deny and therefore denies the same.

5.50    Defendants admit this paragraph as to Michael Merrill.  The remaining allegations concern other defendants and require no response and are neither admitted nor denied.

5.51    Defendants are without sufficient information to admit or deny and therefore denies the same.

5.52    Defendants are without sufficient information to admit or deny and therefore denies the same.

5.53    Defendants are without sufficient information to admit or deny and therefore denies the same.

5.54    This paragraph makes allegations against other defendants and is neither admitted nor denied on that basis.

5.55    Defendants are without sufficient information to admit or deny and therefore denies the same.

5.56    Defendants are without sufficient information to admit or deny and therefore denies the same.

5.57    Defendants object that this paragraph is a legal conclusion and it is denied on that basis.

5.58    Defendants object that this paragraph is a legal conclusion and it is denied on that basis.

5.59    Defendants deny this paragraph.

5.60    Defendants are without sufficient information to admit or deny and therefore denies the same.

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

1    5.61    Defendants are without sufficient information to admit or deny and therefore

2    denies the same.

3    5.62    Defendants deny this paragraph.

4    5.63    Defendants are without sufficient information to admit or deny and therefore

5    denies the same.

6    5.64    Defendants object that this paragraph is a legal conclusion and it is denied on that

7    

8    basis.

9    5.65    Defendants are without sufficient information to admit or deny and therefore

10   denies the same.

11   5.66    Defendants are without sufficient information to admit or deny and therefore

12   denies the same.

13   5.67    Defendants are without sufficient information to admit or deny and therefore

14   denies the same.

15   

16   5.68    Defendants are without sufficient information to admit or deny and therefore

17   denies the same.

18   5.69    Defendants are without sufficient information to admit or deny and therefore

19   denies the same.

20   5.70    Defendants are without sufficient information to admit or deny and therefore

21   denies the same.

22   

23   5.71    Defendants are without sufficient information to admit or deny and therefore

24   denies the same.

25   5.72    Defendants are without sufficient information to admit or deny and therefore

26   denies the same.

ANSWER OF DEFENDANTS CITY OF LAKEWOOD AND
MICHAEL MERRILL TO PLAINTIFF'S COMPLAINT AND
AFFIRMATIVE DEFENSES – 9

Cause No.:  3:23-cv-05618-DGE

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

1        5.73    Defendants are without sufficient information to admit or deny and therefore

2  denies the same.

3        5.74    Defendants are without sufficient information to admit or deny and therefore

4  denies the same.

5        5.75    Defendants are without sufficient information to admit or deny and therefore

6  denies the same.

7        5.76    Defendants are without sufficient information to admit or deny and therefore

8  denies the same.

9        5.77    Defendants are without sufficient information to admit or deny and therefore

10  denies the same.

11        5.78    Defendants are without sufficient information to admit or deny and therefore

12  denies the same.

13        5.79    Defendants are without sufficient information to admit or deny and therefore

14  denies the same.

15        5.80    Defendants are without sufficient information to admit or deny and therefore

16  denies the same.

17        5.81    Defendants are without sufficient information to admit or deny and therefore

18  denies the same.

19        5.82    Defendants are without sufficient information to admit or deny and therefore

20  denies the same.

21        5.83    Defendants are without sufficient information to admit or deny and therefore

22  denies the same.

**ANSWER OF DEFENDANTS CITY OF LAKEWOOD AND MICHAEL MERRILL TO PLAINTIFF'S COMPLAINT AND AFFIRMATIVE DEFENSES – 10**

Cause No.:  3:23-cv-05618-DGE

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

1    5.84    Defendants are without sufficient information to admit or deny and therefore

2    denies the same.

3    5.85    Defendants are without sufficient information to admit or deny and therefore

4    denies the same.

5    5.86    Defendants are without sufficient information to admit or deny and therefore

6    denies the same.

7

8    5.87    Defendants are without sufficient information to admit or deny and therefore

9    denies the same.

10   5.88    Defendants are without sufficient information to admit or deny and therefore

11   denies the same.

12   5.89    Defendants are without sufficient information to admit or deny and therefore

13   denies the same.

14

15   5.90    Defendants are without sufficient information to admit or deny and therefore

16   denies the same.

17   5.91    Defendants are without sufficient information to admit or deny and therefore

18   denies the same.

19   5.92    Defendants are without sufficient information to admit or deny and therefore

20   denies the same.

21

22   5.93    Defendants are without sufficient information to admit or deny and therefore

23   denies the same.

24   5.94    Defendants are without sufficient information to admit or deny and therefore

25   denies the same.

26

**ANSWER OF DEFENDANTS CITY OF LAKEWOOD AND
MICHAEL MERRILL TO PLAINTIFF'S COMPLAINT AND
AFFIRMATIVE DEFENSES – 11**

Cause No.:  3:23-cv-05618-DGE

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

1

  5.95 Defendants are without sufficient information to admit or deny and therefore

2

denies the same.

3

  5.96 Defendants are without sufficient information to admit or deny and therefore

4

denies the same.

5

6

  5.97 Defendants are without sufficient information to admit or deny and therefore

7

denies the same.

8

  5.98 Defendants are without sufficient information to admit or deny and therefore

9

denies the same.

10

  5.99 Defendants are without sufficient information to admit or deny and therefore

11

denies the same.

12

  5.100 Defendants are without sufficient information to admit or deny and therefore

13

denies the same.

14

15

  5.101 Defendants are without sufficient information to admit or deny and therefore

16

denies the same.

17

  5.102 Defendants are without sufficient information to admit or deny and therefore

18

denies the same.

19

  5.103 Defendants are without sufficient information to admit or deny and therefore

20

denies the same.

21

  5.104 Defendants are without sufficient information to admit or deny and therefore

22

denies the same.

23

24

  5.105 Defendants are without sufficient information to admit or deny and therefore

25

denies the same.

26

ANSWER OF DEFENDANTS CITY OF LAKEWOOD AND
MICHAEL MERRILL TO PLAINTIFF'S COMPLAINT AND
AFFIRMATIVE DEFENSES – 12

Cause No.:  3:23-cv-05618-DGE

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

1    5.106  Defendants are without sufficient information to admit or deny and therefore

2    denies the same.

3    5.107  Defendants are without sufficient information to admit or deny and therefore

4    denies the same.

5    5.108  Defendants are without sufficient information to admit or deny and therefore

6    denies the same.

7

8    5.109 a. - e.   Defendants are without sufficient information to admit or deny and

9    therefore denies the same.

10    5.110  Defendants are without sufficient information to admit or deny and therefore

11    denies the same.

12    5.111  Defendants are without sufficient information to admit or deny and therefore

13    denies the same.

14

15    5.112  Defendants deny this paragraph.

16    5.113  Defendants are without sufficient information to admit or deny and therefore

17    denies the same.

18    5.114  Defendants are without sufficient information to admit or deny and therefore

19    denies the same.

20    5.115  Defendants are without sufficient information to admit or deny and therefore

21    denies the same.

22

23    5.116  Defendants are without sufficient information to admit or deny and therefore

24    denies the same.

25    5.117  Defendants are without sufficient information to admit or deny and therefore

26    denies the same.

**ANSWER OF DEFENDANTS CITY OF LAKEWOOD AND
MICHAEL MERRILL TO PLAINTIFF'S COMPLAINT AND
AFFIRMATIVE DEFENSES – 13**

Cause No.:  3:23-cv-05618-DGE

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

5.118   Defendants are without sufficient information to admit or deny and therefore denies the same.

5.119   Defendants are without sufficient information to admit or deny and therefore denies the same.

5.120   Defendants admit Reinoehl died, but deny the remaining allegations in this paragraph.

5.121   Defendants are without sufficient information to admit or deny and therefore denies the same.

5.122   Defendants are without sufficient information to admit or deny and therefore denies the same.

5.123   Defendants are without sufficient information to admit or deny and therefore denies the same.

6.1      Defendants incorporate their responses to paragraphs 5.1 - 5.123 above.

6.2      Defendants deny this paragraph.

6.3      Defendants object that this paragraph is argumentative, and a legal conclusion and it is denied on that basis.

6.4      Defendants object that this paragraph is argumentative, and a legal conclusion and it is denied on that basis.

6.5      Defendants deny this paragraph.

6.6      This paragraph makes allegations against other defendants and is neither admitted nor denied on that basis.  To the extent that this paragraph includes allegations against these defendants, it is denied.

ANSWER OF DEFENDANTS CITY OF LAKEWOOD AND
MICHAEL MERRILL TO PLAINTIFF'S COMPLAINT AND
AFFIRMATIVE DEFENSES – 14

Cause No.:  3:23-cv-05618-DGE

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

6.7    This paragraph makes allegations against other defendants and is neither admitted nor denied on that basis.  To the extent that this paragraph includes allegations against these defendants, it is denied.

6.8    This paragraph makes allegations against other defendants and is neither admitted nor denied on that basis.  To the extent that this paragraph includes allegations against these defendants, it is denied.

6.9    This paragraph makes allegations against other defendants and is neither admitted nor denied on that basis.  To the extent that this paragraph includes allegations against these defendants, it is denied.

6.10    This paragraph is denied as to these defendants.

6.11    Defendants object that this paragraph is argumentative, and a legal conclusion and it is denied on that basis.

6.12    Defendants object that this paragraph is argumentative, and a legal conclusion and it is denied on that basis.  Defendants deny any factual allegations contained in this paragraph.

6.13    Defendants object that this paragraph is argumentative, and a legal conclusion and it is denied on that basis.  Defendants deny any factual allegations contained in this paragraph.

Defendants deny the plaintiff is entitled to the relief sought in paragraphs 7.1 – 7.5.

By way of FURTHER ANSWER and AFFIRMATIVE DEFENSES, Defendants allege:

1.    That the plaintiffs have failed to state a claim for which relief can be granted against these defendants.

2.    That qualified immunity under state and federal law precludes plaintiffs' claims.

3.    That the public duty doctrine and qualified and/or good faith immunity preclude plaintiffs' state law claims.

**ANSWER OF DEFENDANTS CITY OF LAKEWOOD AND MICHAEL MERRILL TO PLAINTIFF'S COMPLAINT AND AFFIRMATIVE DEFENSES – 15**

Cause No.:  3:23-cv-05618-DGE

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

1    4.    That the plaintiffs' comparative fault and intentional criminal conduct proximately

2    caused their damages, if any.

3    5.    That the plaintiffs failed to mitigate their damages, if any.

4    6.    That the plaintiffs' damages, if any, were caused by fault of parties not in the

5    control of Defendants or non-parties not in the control of Defendants.

6

7    7.    That the plaintiff was engaged in the commission of a felony at the time of the

8    occurrence causing the injury and the felony was a proximate cause of the injury.  Therefore,

9    Plaintiffs' claims are barred by RCW 4.24.420.

10    8.    That the plaintiffs lack standing to pursue one or more of their claims.

11    Defendants expressly reserve the right to amend this Answer, including the addition of

12    affirmative defenses warranted by investigation and discovery, and to make such amendments

13    either before or during trial, including asserting other defense theories or conforming the

14    pleadings to the proof offered at the time of trial.

15    ///

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

ANSWER OF DEFENDANTS CITY OF LAKEWOOD AND
MICHAEL MERRILL TO PLAINTIFF'S COMPLAINT AND
AFFIRMATIVE DEFENSES – 16

Cause No.:  3:23-cv-05618-DGE

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA 98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

1    WHEREFORE, Defendants pray as follows:

2    1.    That plaintiffs' Complaint be dismissed with prejudice and that plaintiffs take

3    nothing by their Complaint and that Defendants be allowed their costs and reasonable attorneys'

4    fees herein.

5    Dated this 15th day of August, 2023.

6

7    LAW, LYMAN, DANIEL, KAMERRER
     & BOGDANOVICH, P.S.

8    /s/ John E. Justice

9    _____
     John E. Justice, WSBA No. 23042
10   Attorney for Defendants City of Lakewood
     and Michael Merrill
11   P.O. Box 11880, Olympia, WA 98508
     Phone:  (360) 754-3480 Fax: 360-754-3480
12   Email: jjustice@lldkb.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**ANSWER OF DEFENDANTS CITY OF LAKEWOOD AND
MICHAEL MERRILL TO PLAINTIFF'S COMPLAINT AND
AFFIRMATIVE DEFENSES – 17**

**Cause No.:  3:23-cv-05618-DGE**

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

1

## CERTIFICATE OF FILING AND SERVICE

2      I hereby certify under penalty of perjury under the laws of the State of Washington that

3  on this date, I caused to be electronically filed the foregoing document with the Clerk of the

4  Court using the CM/ECF system, who will send notification of such filing to the following

5  party:

6

7  **Plaintiffs' Attorneys:**                    **Def State of WA Attorney:**

8  Rebecca J. Roe, WSBA No. 7560             Kaylynn What, WSBA No. 43442
   Jeffrey P. Robinson, WSBA No. 11950       Allison Croft, WSBA No. 30486
9  SCHROETER, GOLDMARK & BENDER             Simmons, Sweeny, Freimund, Smith, Tardiff
   401 Union Street, Suite 3400              711 Capitol Way South, Suite 602
10 Seattle, WA 98101                         allison@ssslawgroup.com
   roe@sgb-law.com                          kaylynn@ssslawgroup.com
11 robinson@sgb-law.com                     mail@ssslawgroup.com

12
   Braden Pence, WSBA No. 43495
13 MACDONALD, HOAGUE & BAYLESS
   705 2nd Avenue, Suite 1500
14 Seattle, WA 98104-1745
   bradenp@mhb.com
15
   Jesse A. Merrithew, WSBA No. 50178
16 LEVI, MERRITHEW, HORST, PC
   610 SW Alder Street, Suite 415
17 Portland, OR 97205-3605
   jesse@lmhlegal.com
18

19 **Attorney for Def. James Oleole & Craig Gocha:**

20 Mary E. Robnett
   Kerri Ann Jorgensen
21 930 Tacoma Avenue South, Suite 946
   Tacoma, WA 98402-2102
22 Kerri.jorgensen@piercecountywa.gov

23      DATED this 15th day of August at Tumwater, WA.

24
                                   /s/ Lisa Gates
25                                 _____
                                   Lisa Gates
26                                 Assistant to John E. Justice

**ANSWER OF DEFENDANTS CITY OF LAKEWOOD AND**                    *LAW, LYMAN, DANIEL,*
**MICHAEL MERRILL TO PLAINTIFF'S COMPLAINT AND**          *KAMERRER & BOGDANOVICH, P.S.*
**AFFIRMATIVE DEFENSES – 18**                                        *ATTORNEYS AT LAW*
                                                          *2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
                                                          *P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
**Cause No.:  3:23-cv-05618-DGE**                              *(360) 754-3480   FAX: (360) 357-3511*