Hon. David Estudillo

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CINDY VAN LOO, an Oregon resident, as Personal Representative of the Estate of Michael F. Reinoehl, <br><br> *Plaintiff*, <br><br> v. <br><br> THE UNITED STATES; PIERCE COUNTY, a political subdivision of the State of Washington; the MUNICIPALITY OF LAKEWOOD, a municipal corporation; STATE OF WASHINGTON; JAMES OLEOLE, an individual; CRAIG GOCHA, an individual; MICHAEL MERRILL, an individual; and JACOB WHITEHURST, an individual, <br><br> *Defendants*. | Civil Action No. 3:23-cv-05618 <br><br> **ORDER** |

Upon consideration of Defendant the United States of America's consent motion for an extension of time to file a response to the Complaint and for good cause shown, it is hereby ORDERED that the motion is GRANTED.

ORDER TO EXTEND DEADLINE
[3:23-CV-05618] - **1**

U.S. DEPARTMENT OF JUSTICE
P.O. Box 7146, Ben Franklin Station,
Washington, DC 20044
202-616-4314

It is further ORDERED that:

    a. The United States of America will file a response to the Complaint on or before **Thursday, October 5, 2023**.

It is SO ORDERED.

Dated: 9/1/2023

          David G. Estudillo
          United States District Judge

ORDER TO EXTEND DEADLINE
[3:23-CV-05618] - **2**

U.S. DEPARTMENT OF JUSTICE
P.O. Box 7146, Ben Franklin Station,
Washington, DC 20044
202-616-4314