Hon. David Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CINDY VAN LOO, an Oregon resident, as Personal Representative of the ESTATE OF MICHAEL F. REINOEHL,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA; PIERCE COUNTY, a political subdivision of the State of Washington; the MUNICIPALITY OF LAKEWOOD, a municipal corporation; STATE OF WASHINGTON; JAMES OLEOLE, an individual; CRAIG GOCHA, an individual; MICHAEL MERRILL, an individual; and JACOB WHITEHURST, an individual,<br><br>Defendants. | No. 3:23-cv-05618<br><br>ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT |

THIS MATTER came before the Court on the Stipulated Motion to Permit Filing of First Amended Complaint. The Court has reviewed the stipulation and is otherwise fully informed and therefore GRANTS Plaintiff permission to file her First Amended Complaint.

The two pending Motions to Dismiss (Dkt. Nos. 30, 31) are withdrawn or otherwise stricken as MOOT.

IT IS SO ORDERED.

this 23rd day of October, 2023.

David G. Estudillo
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION
FOR LEAVE TO AMEND COMPLAINT – 1
(Case No. 3:23-cv-05618)

SCHROETER GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA  98101
Phone (206) 622-8000 • Fax (206) 682-2305

Presented by:

SCHROETER GOLDMARK & BENDER

*s/ Rebecca J. Roe*
REBECCA J. ROE, WSBA #7560
JEFFERY P. ROBINSON, WSBA #11950
LILY E. RAMSEYER, WSBA #57012

Counsel for Plaintiff
SCHROETER GOLDMARK & BENDER
401 Union Street, Suite 3400
Seattle, WA 98101
Phone: (206) 622-8000
Fax: (206) 682-2305
Email: roe@sgb-law.com;
ramseyer@sgb-law.com;
robinson2@sgb-law.com

ORDER GRANTING PLAINTIFF'S MOTION
FOR LEAVE TO AMEND COMPLAINT – 2
(Case No. 3:23-cv-05618)

SCHROETER GOLDMARK & BENDER
401 Union Street ● Suite 3400 ● Seattle, WA 98101
Phone (206) 622-8000 ● Fax (206) 682-2305