The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VAN LOO FIDUCIARY SERVICES, an Oregon Limited liability Corporation, as Personal Representative of the ESTATE OF MICHAEL F. REINOEHL,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, *et al.*<br><br>Defendants. | Case No. 3:23-cv-05618-DGE<br><br>ORDER GRANTING INDIVIDUAL FEDERAL DEFENDANTS' MOTION TO FILE OVER-LENGTH BRIEF |

Upon consideration of Defendants James Oleole, Craig Gocha, and Jacob Whitehurst ("Individual Federal Defendants") motion to file an over-length brief, the Court hereby GRANTS the requested relief and ORDERS that the Individual Federal Defendants are permitted to file a brief containing up to 9,400 words.

Dated this 3rd day of November 2023.

David G. Estudillo
United States District Judge

ORDER GRANTING MOT. FOR OVER-LENGTH BRIEF
[3:23-cv-05618-DGE] - **1**

**U.S. DEPARTMENT OF JUSTICE**
Ben Franklin Station, PO Box 7146
Washington, DC 20044
202-305-0336