Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CINDY VAN LOO, an Oregon resident, as Personal Representative of the ESTATE OF MICHAEL F. REINOEHL,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA; PIERCE COUNTY, a political subdivision of the State of Washington; the MUNICIPALITY OF LAKEWOOD, a municipal corporation; STATE OF WASHINGTON; JAMES OLEOLE, an individual; CRAIG GOCHA, an individual; MICHAEL MERRILL, an individual; and JACOB WHITEHURST, an individual,<br><br>Defendants. | NO. 3:23-cv-05618-DGE<br><br>ORDER GRANTING PIERCE COUNTY DEFENDANTS' MOTION TO WITHDRAW FIRST ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES |

The Motion of Pierce County Defendants' for withdraw of its First Answer to Plaintiff's Complaint for Damages, and upon consideration of this Motion, the Court hereby GRANTS the requested relief and ORDERS that Pierce County Defendants' First Answer to Plaintiff's

///

///

///

- 1
Van Loo v. The United States of America et al, 23-05618 Order on Motion to Withdraw Answer.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main: (253) 798-6732 / Fax: (253) 798-6713

Complaint for Damages is hereby Withdrawn and/or Stricken from the Court Record.

DATED this 27th day of November 2023.

David G. Estudillo
United States District Judge

Presented By:

MARY E. ROBNETT
Pierce County Prosecuting Attorney

s/ KERRI ANN JORGENSEN
KERRI ANN JORGENSEN, WSBA # 28310
Deputy Prosecuting Attorney / Civil
930 Tacoma Avenue South, Suite 946
Tacoma, WA  98402-2102
Ph: 253-798-3612 / Fax: 253-798-6713
kerri.jorgensen@piercecountywa.gov

- 2
Van Loo v. The United States of America et al, 23-05618 Order on Motion to Withdraw Answer.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main:  (253) 798-6732 / Fax:  (253) 798-6713