The Honorable David G. Estudillo

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| VAN LOO FIDUCIARY SERVICES, an Oregon Limited Liability Corporation, as Personal Representative of the ESTATE OF MICHAEL F. REINOEHL,<br>　　　　　Plaintiff,<br>　　v.<br>THE UNITED STATES OF AMERICA, *et al.*<br>　　　　　Defendants. | Case No.  3:23-cv-05618-DGE<br><br>ORDER |

IT IS HEREBY ORDERED that, in accordance with Fed. R. Civ. P. 30(a)(2)(B), defendants are granted leave to depose Deaven Reinoehl, who is currently confined in prison.

Dated: July 1st, 2024

_____
David G. Estudillo
United States District Judge

[PROPOSED] ORDER
[3:23-cv-05618-DGE] - **1**

**U.S. DEPARTMENT OF JUSTICE**
Ben Franklin Station, PO Box 7146
Washington, DC 20044
202-305-0336