1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**Honorable David G. Estudillo**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

CINDY VAN LOO, an Oregon resident, as
Personal Representative of the ESTATE OF
MICHAEL F. REINOEHL;

          Plaintiff,

vs.

THE UNITED STATES OF AMERICA; PIERCE
COUNTY, a political subdivision of the State of
Washington; the MUNICIPALITY OF
LAKEWOOD, a municipal corporation; STATE
OF WASHINGTON; JAMES OLEOLE, an
individual; CRAIG GOCHA, an individual;
MICHAEL MERRILL, an individual; and JACOB
WHITEHURST, an individual.

          Defendants.

NO.  3:23-cv-05618-DGE

**ANSWER OF DEFENDANTS CITY
OF LAKEWOOD AND MICHAEL
MERRILL TO PLAINTIFF'S
SECOND AMENDED COMPLAINT
AND AFFIRMATIVE DEFENSES**

TO:        PLAINTIFF;

AND TO:      ATTORNEYS FOR PLAINTIFF.

      COME NOW Defendants City of Lakewood and Michael Merrill, ("Defendants") by and

through the undersigned counsel, and for Answer to the Plaintiff's Second Amended Complaint,

("SAC") admits, denies and alleges as follows:

      In Answer to the "Introduction" section of Plaintiff's SAC, Defendants deny the same.

      2.1     This paragraph does not make factual allegations that can be admitted or denied

and it is denied on that basis.

ANSWER OF DEFENDANTS CITY OF LAKEWOOD AND
MICHAEL MERRILL TO PLAINTIFF'S SECOND AMENDED
COMPLAINT AND AFFIRMATIVE DEFENSES – 1
Cause No.:  3:23-cv-05618-DGE

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

2.2     This paragraph does not make factual allegations that can be admitted or denied and it is denied on that basis.

2.3     This paragraph does not make factual allegations that can be admitted or denied and it is denied on that basis.

3.1     Defendants are without sufficient information to admit or deny and therefore denies the same.

3.2     Defendants neither admit nor deny the first sentence of this paragraph because it is conclusion of law, not an allegation of fact.  Defendants are without sufficient information to admit or deny the remainder of this paragraph and therefore deny the same.

3.3     This paragraph makes allegations against other defendants and is neither admitted nor denied on that basis.

3.4     This paragraph makes allegations against other defendants and is neither admitted nor denied on that basis.

3.5     This paragraph is admitted.

3.6     This paragraph makes allegations against other defendants and is neither admitted nor denied on that basis.

3.7     This paragraph makes allegations against other defendants and is neither admitted nor denied on that basis.

3.8     The first sentence of this paragraph is admitted.  The Defendants object to the second sentence as a conclusion of law and it is denied on that basis.

3.9     This paragraph makes allegations against other defendants and is neither admitted nor denied on that basis.

3.10     This paragraph makes allegations against other defendants and is neither admitted nor denied on that basis.

4.1     Defendants are without sufficient information to admit or deny and therefore denies the same.

ANSWER OF DEFENDANTS CITY OF LAKEWOOD AND
MICHAEL MERRILL TO PLAINTIFF'S SECOND AMENDED
COMPLAINT AND AFFIRMATIVE DEFENSES – 2
Cause No.:  3:23-cv-05618-DGE

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

4.2 This paragraph makes allegations against other defendants and is neither admitted nor denied on that basis.

4.3 This paragraph is admitted.

4.4 This paragraph makes allegations against other defendants and is neither admitted nor denied on that basis.

4.5 This paragraph makes allegations against other defendants and is neither admitted nor denied on that basis.

4.6 This paragraph makes allegations against other defendants and is neither admitted nor denied on that basis.

5.1 Defendants are without sufficient information to admit or deny and therefore denies the same.

5.2 Defendants are without sufficient information to admit or deny and therefore denies the same.

5.3 Defendants are without sufficient information to admit or deny and therefore denies the same.

5.4 Defendants admit Reinoehl was shot during a police operation on September 3, 2020.  The remainder of this paragraph is denied.

5.5 Defendants admit this paragraph.

5.6 Defendants admit this paragraph.

5.7 Defendants are without sufficient information to admit or deny and therefore denies the same.

5.8 Defendants admit Michael Merrill was employed by Lakewood Police Department at the time of this incident.  The remaining allegations concern other defendants and require no response and are neither admitted nor denied.

**ANSWER OF DEFENDANTS CITY OF LAKEWOOD AND MICHAEL MERRILL TO PLAINTIFF'S SECOND AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES – 3**
**Cause No.:  3:23-cv-05618-DGE**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

5.9     Defendants admit Michael Merrill was employed by Lakewood Police Department at the time of this incident.  The remaining allegations concern other defendants and require no response and are neither admitted nor denied.

5.10    Defendants are without sufficient information to admit or deny and therefore denies the same.

5.11    This paragraph makes allegations against non-parties and is neither admitted nor denied on that basis.

5.12    Defendants are without sufficient information to admit or deny and therefore denies the same.

5.13    Defendants are without sufficient information to admit or deny and therefore denies the same.

5.14    Defendants are without sufficient information to admit or deny and therefore denies the same.

5.15    Defendants are without sufficient information to admit or deny and therefore denies the same.

5.16    Defendants are without sufficient information to admit or deny and therefore denies the same.

5.17    Defendants are without sufficient information to admit or deny and therefore denies the same.

5.18    Defendants are without sufficient information to admit or deny and therefore denies the same.

5.19    Defendants are without sufficient information to admit or deny and therefore denies the same.

5.20    Defendants are without sufficient information to admit or deny and therefore denies the same.

**ANSWER OF DEFENDANTS CITY OF LAKEWOOD AND MICHAEL MERRILL TO PLAINTIFF'S SECOND AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES – 4**
**Cause No.:  3:23-cv-05618-DGE**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

5.21   Defendants are without sufficient information to admit or deny and therefore denies the same.

5.22   Defendants are without sufficient information to admit or deny and therefore denies the same.

5.23   Defendants are without sufficient information to admit or deny and therefore denies the same.

5.24   Defendants are without sufficient information to admit or deny and therefore denies the same.

5.25   Defendants are without sufficient information to admit or deny and therefore denies the same.  Defendants further object to this paragraph as a conclusion of law not an allegation of fact and it is denied on that basis.

5.26   Defendants are without sufficient information to admit or deny and therefore denies the same.  Defendants further object to this paragraph as a conclusion of law not an allegation of fact and it is denied on that basis.

5.27   Defendants are without sufficient information to admit or deny and therefore denies the same.

5.28   Defendants are without sufficient information to admit or deny and therefore denies the same.

5.29   This paragraph makes allegations against other defendants and is neither admitted nor denied on that basis.

5.30   Defendants are without sufficient information to admit or deny and therefore denies the same.

5.31   Defendants are without sufficient information to admit or deny and therefore denies the same.

5.32   Defendants are without sufficient information to admit or deny and therefore denies the same.

ANSWER OF DEFENDANTS CITY OF LAKEWOOD AND
MICHAEL MERRILL TO PLAINTIFF'S SECOND AMENDED
COMPLAINT AND AFFIRMATIVE DEFENSES – 5
Cause No.:  3:23-cv-05618-DGE

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

5.33    Defendants are without sufficient information to admit or deny and therefore denies the same.

5.34    Defendants are without sufficient information to admit or deny and therefore denies the same.

5.35    Defendants are without sufficient information to admit or deny and therefore denies the same.

5.36    Defendants are without sufficient information to admit or deny and therefore denies the same.

5.37    Defendants are without sufficient information to admit or deny and therefore denies the same.

5.38    Defendants are without sufficient information to admit or deny and therefore denies the same.

5.39    Defendants are without sufficient information to admit or deny and therefore denies the same.

5.40    Defendants are without sufficient information to admit or deny and therefore denies the same.

5.41    Defendants are without sufficient information to admit or deny and therefore denies the same.

5.42    Defendants are without sufficient information to admit or deny and therefore denies the same.

5.43    Defendants are without sufficient information to admit or deny and therefore denies the same.

5.44    Defendants are without sufficient information to admit or deny and therefore denies the same.

5.45    Defendants are without sufficient information to admit or deny and therefore denies the same.

ANSWER OF DEFENDANTS CITY OF LAKEWOOD AND
MICHAEL MERRILL TO PLAINTIFF'S SECOND AMENDED
COMPLAINT AND AFFIRMATIVE DEFENSES – 6
Cause No.:  3:23-cv-05618-DGE

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

5.46   Defendants are without sufficient information to admit or deny and therefore denies the same.

5.47   Defendants are without sufficient information to admit or deny and therefore denies the same.

5.48   Defendants are without sufficient information to admit or deny and therefore denies the same.

5.49   Defendants are without sufficient information to admit or deny and therefore denies the same.

5.50   Defendants admit this paragraph as to Michael Merrill.  The remaining allegations concern other defendants and require no response and are neither admitted nor denied.

5.51   Defendants are without sufficient information to admit or deny and therefore denies the same.

5.52   Defendants are without sufficient information to admit or deny and therefore denies the same.

5.53   Defendants are without sufficient information to admit or deny and therefore denies the same.

5.54   This paragraph makes allegations against other defendants and is neither admitted nor denied on that basis.

5.55   This paragraph makes allegations against other defendants and is neither admitted nor denied on that basis.

5.56   The defendants object to this paragraph as the document speaks for itself and this paragraph is denied on that basis.

5.57   Defendants object that this paragraph is a legal conclusion and it is denied on that basis.

5.58   Defendants are without sufficient information to admit or deny and therefore denies the same.

ANSWER OF DEFENDANTS CITY OF LAKEWOOD AND
MICHAEL MERRILL TO PLAINTIFF'S SECOND AMENDED
COMPLAINT AND AFFIRMATIVE DEFENSES – 7
Cause No.:  3:23-cv-05618-DGE

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 R.W. JOHNSON RD. TUMWATER, WA  98512
P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880
(360) 754-3480   FAX: (360) 357-3511

5.59    The defendants object to this paragraph as the document speaks for itself and this paragraph is denied on that basis.

5.60    Defendants object that this paragraph is a legal conclusion and it is denied on that basis.

5.61    Defendants object that this paragraph is a legal conclusion and it is denied on that basis.

5.62    Defendants deny this paragraph.

5.63    Defendants are without sufficient information to admit or deny and therefore denies the same.

5.64    Defendants are without sufficient information to admit or deny and therefore denies the same.

5.65    Defendants are without sufficient information to admit or deny and therefore denies the same.

5.66    Defendants are without sufficient information to admit or deny and therefore denies the same.

5.67    Defendants object that this paragraph is a legal conclusion and it is denied on that basis.

5.68    Defendants are without sufficient information to admit or deny and therefore denies the same.

5.69    Defendants are without sufficient information to admit or deny and therefore denies the same.

5.70    Defendants are without sufficient information to admit or deny and therefore denies the same.

5.71    Defendants are without sufficient information to admit or deny and therefore denies the same.

**ANSWER OF DEFENDANTS CITY OF LAKEWOOD AND MICHAEL MERRILL TO PLAINTIFF'S SECOND AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES – 8**
**Cause No.:  3:23-cv-05618-DGE**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

1      5.72   Defendants are without sufficient information to admit or deny and therefore
2  denies the same.

3      5.73   Defendants are without sufficient information to admit or deny and therefore
4  denies the same.

5      5.74   Defendants are without sufficient information to admit or deny and therefore
6  denies the same.

7      5.75   Defendants are without sufficient information to admit or deny and therefore
8  denies the same.

9      5.76   Defendants are without sufficient information to admit or deny and therefore
10  denies the same.

11      5.77   Defendants are without sufficient information to admit or deny and therefore
12  denies the same.

13      5.78   Defendants are without sufficient information to admit or deny and therefore
14  denies the same.

15      5.79   Defendants are without sufficient information to admit or deny and therefore
16  denies the same.

17      5.80   Defendants are without sufficient information to admit or deny and therefore
18  denies the same.

19      5.81   Defendants are without sufficient information to admit or deny and therefore
20  denies the same.

21      5.82   Defendants are without sufficient information to admit or deny and therefore
22  denies the same.

23      5.83   Defendants are without sufficient information to admit or deny and therefore
24  denies the same.

25      5.84   Defendants are without sufficient information to admit or deny and therefore
26  denies the same.

ANSWER OF DEFENDANTS CITY OF LAKEWOOD AND
MICHAEL MERRILL TO PLAINTIFF'S SECOND AMENDED
COMPLAINT AND AFFIRMATIVE DEFENSES – 9
Cause No.:  3:23-cv-05618-DGE

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

1      5.85   Defendants are without sufficient information to admit or deny and therefore
2  denies the same.

3      5.86   Defendants are without sufficient information to admit or deny and therefore
4  denies the same.

5      5.87   Defendants are without sufficient information to admit or deny and therefore
6  denies the same.

7      5.88   Defendants are without sufficient information to admit or deny and therefore
8  denies the same.

9      5.89   Defendants are without sufficient information to admit or deny and therefore
10  denies the same.

11      5.90   Defendants are without sufficient information to admit or deny and therefore
12  denies the same.

13      5.91   Defendants are without sufficient information to admit or deny and therefore
14  denies the same.

15      5.92   Defendants are without sufficient information to admit or deny and therefore
16  denies the same.

17      5.93   Defendants are without sufficient information to admit or deny and therefore
18  denies the same.

19      5.94   Defendants are without sufficient information to admit or deny and therefore
20  denies the same.

21      5.95   Defendants are without sufficient information to admit or deny and therefore
22  denies the same.

23      5.96   Defendants are without sufficient information to admit or deny and therefore
24  denies the same.

25      5.97   Defendants are without sufficient information to admit or deny and therefore
26  denies the same.

ANSWER OF DEFENDANTS CITY OF LAKEWOOD AND
MICHAEL MERRILL TO PLAINTIFF'S SECOND AMENDED
COMPLAINT AND AFFIRMATIVE DEFENSES – 10
Cause No.:  3:23-cv-05618-DGE

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

1    5.98   Defendants are without sufficient information to admit or deny and therefore

2 denies the same.

3    5.99   Defendants are without sufficient information to admit or deny and therefore

4 denies the same.

5    5.100  Defendants are without sufficient information to admit or deny and therefore

6 denies the same.

7    5.101  Defendants are without sufficient information to admit or deny and therefore

8 denies the same.

9    5.102  Defendants are without sufficient information to admit or deny and therefore

10 denies the same.

11    5.103  Defendants are without sufficient information to admit or deny and therefore

12 denies the same.

13    5.104  Defendants are without sufficient information to admit or deny and therefore

14 denies the same.

15    5.105  Defendants are without sufficient information to admit or deny and therefore

16 denies the same.

17    5.106  Defendants are without sufficient information to admit or deny and therefore

18 denies the same.

19    5.107  Defendants are without sufficient information to admit or deny and therefore

20 denies the same.

21    5.108  Defendants are without sufficient information to admit or deny and therefore

22 denies the same.

23    5.109 a. - e.   Defendants are without sufficient information to admit or deny and

24 therefore denies the same.

25    5.110  Defendants are without sufficient information to admit or deny and therefore

26 denies the same.

**ANSWER OF DEFENDANTS CITY OF LAKEWOOD AND
MICHAEL MERRILL TO PLAINTIFF'S SECOND AMENDED
COMPLAINT AND AFFIRMATIVE DEFENSES – 11**
**Cause No.:  3:23-cv-05618-DGE**

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

1   5.111   Defendants are without sufficient information to admit or deny and therefore

2   denies the same.

3   5.112   Defendants deny this paragraph.

4   5.113   Defendants are without sufficient information to admit or deny and therefore

5   denies the same.

6   5.114   Defendants are without sufficient information to admit or deny and therefore

7   denies the same.

8   5.115   Defendants are without sufficient information to admit or deny and therefore

9   denies the same.

10   5.116   Defendants deny the same.

11   5.117   Defendants deny the same.

12   5.118   Defendants are without sufficient information to admit or deny and therefore

13   denies the same.

14   5.119   Defendants are without sufficient information to admit or deny and therefore

15   denies the same.

16   5.120   Defendants admit Reinoehl died, but deny the remaining allegations in this

17   paragraph.

18   5.121   Defendants are without sufficient information to admit or deny and therefore

19   denies the same.

20   5.122   Defendants are without sufficient information to admit or deny and therefore

21   denies the same.

22   5.123   Defendants are without sufficient information to admit or deny and therefore

23   denies the same.

24   5.124   Defendants are without sufficient information to admit or deny and therefore

25   denies the same.

26   5.125   Defendants admit Reinoehl died from his injuries.

ANSWER OF DEFENDANTS CITY OF LAKEWOOD AND
MICHAEL MERRILL TO PLAINTIFF'S SECOND AMENDED
COMPLAINT AND AFFIRMATIVE DEFENSES – 12
Cause No.:  3:23-cv-05618-DGE

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

1     5.126  Defendants are without sufficient information to admit or deny and therefore

2 denies the same.

3     5.127  Defendants are without sufficient information to admit or deny and therefore

4 denies the same.

5     5.128  Defendants are without sufficient information to admit or deny and therefore

6 denies the same.

7     6.1     Defendants incorporate their responses to paragraphs 5.1 - 5.128 above.

8     6.2     Defendants deny this paragraph.

9     6.3     Defendants object that this paragraph is argumentative, and a legal conclusion and

10 it is denied on that basis.

11     6.4     Defendants object that this paragraph is argumentative, and a legal conclusion and

12 it is denied on that basis.

13     6.5     Defendants deny this paragraph.

14     6.6     Defendants deny this paragraph.

15     6.7     This paragraph makes allegations against other defendants and is neither admitted

16 nor denied on that basis.  To the extent that this paragraph includes allegations against these

17 defendants, it is denied.

18     6.8     This paragraph makes allegations against other defendants and is neither admitted

19 nor denied on that basis.  To the extent that this paragraph includes allegations against these

20 defendants, it is denied.

21     6.9     This paragraph makes allegations against other defendants and is neither admitted

22 nor denied on that basis.  To the extent that this paragraph includes allegations against these

23 defendants, it is denied.

24     6.10   This paragraph is denied as to these defendants.

25     6.11   Defendants object that this paragraph is argumentative, and a legal conclusion and

26 it is denied on that basis.

**ANSWER OF DEFENDANTS CITY OF LAKEWOOD AND
MICHAEL MERRILL TO PLAINTIFF'S SECOND AMENDED
COMPLAINT AND AFFIRMATIVE DEFENSES – 13**
**Cause No.:  3:23-cv-05618-DGE**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

6.12    Defendants object that this paragraph is argumentative, and a legal conclusion and it is denied on that basis.  Defendants deny any factual allegations contained in this paragraph.

6.13    Defendants object that this paragraph is argumentative, and a legal conclusion and it is denied on that basis.  Defendants deny any factual allegations contained in this paragraph.

6.14    Defendants object that this paragraph is argumentative, and a legal conclusion and it is denied on that basis.  Defendants deny any factual allegations contained in this paragraph.

6.15    Defendants deny this paragraph.

6.16    Defendants object that this paragraph is argumentative, and a legal conclusion and it is denied on that basis.  Defendants deny any factual allegations contained in this paragraph.

6.17    Defendants object that this paragraph is argumentative, and a legal conclusion and it is denied on that basis.  Defendants deny any factual allegations contained in this paragraph.

6.18    This paragraph makes allegations against other defendants and is neither admitted nor denied on that basis.  To the extent that this paragraph includes allegations against these defendants, it is denied.

6.19    Defendants object that this paragraph is argumentative, and a legal conclusion and it is denied on that basis.  Defendants deny any factual allegations contained in this paragraph.

6.20    Defendants deny this paragraph.

6.21    Defendants object that this paragraph is argumentative, and a legal conclusion and it is denied on that basis.  Defendants deny any factual allegations contained in this paragraph.

6.22    Defendants object that this paragraph is argumentative, and a legal conclusion and it is denied on that basis.  Defendants deny any factual allegations contained in this paragraph.

Defendants deny the plaintiff is entitled to the relief sought in paragraphs 7.1 – 7.8.

By way of FURTHER ANSWER and AFFIRMATIVE DEFENSES, Defendants allege:

1.    That the plaintiffs have failed to state a claim for which relief can be granted against these defendants.

**ANSWER OF DEFENDANTS CITY OF LAKEWOOD AND MICHAEL MERRILL TO PLAINTIFF'S SECOND AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES – 14**
**Cause No.:  3:23-cv-05618-DGE**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

2.     That sovereign immunity and/or qualified immunity under state and federal law precludes plaintiffs' claims.

3.     That the public duty doctrine and qualified and/or good faith immunity preclude plaintiffs' state law claims.

4.     That the plaintiffs' comparative fault and intentional criminal conduct proximately caused their damages, if any.

5.     That the plaintiffs failed to mitigate their damages, if any.

6.     That the plaintiffs' damages, if any, were caused by fault of parties not in the control of Defendants or non-parties not in the control of Defendants.

7.     That the plaintiff was engaged in the commission of a felony at the time of the occurrence causing the injury and the felony was a proximate cause of the injury.  Therefore, Plaintiffs' claims are barred by RCW 4.24.420.

8.     That the plaintiffs lack standing to pursue one or more of their claims.

9.     That Officer Merrill was acting pursuant to federal authority at all times and under color of federal not state law

Defendants expressly reserve the right to amend this Answer, including the addition of affirmative defenses warranted by investigation and discovery, and to make such amendments either before or during trial, including asserting other defense theories or conforming the pleadings to the proof offered at the time of trial.

WHEREFORE, Defendants pray as follows:

1.     That Plaintiffs' SAC be dismissed with prejudice and that Plaintiffs take nothing by their Complaint and that Defendants be allowed their costs and reasonable attorneys' fees herein.

**ANSWER OF DEFENDANTS CITY OF LAKEWOOD AND MICHAEL MERRILL TO PLAINTIFF'S SECOND AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES – 15**
**Cause No.:  3:23-cv-05618-DGE**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

1    Dated this 9th day of July, 2024.

2                                   LAW, LYMAN, DANIEL, KAMERRER
                                    & BOGDANOVICH, P.S.

3                                   /s/ John E. Justice
4                                   John E. Justice, WSBA No. 23042
                                    Attorney for Defendants City of Lakewood
5                                   and Michael Merrill
                                    P.O. Box 11880, Olympia, WA 98508
6                                   Phone: (360) 754-3480 Fax: 360-754-3480
                                    Email: jjustice@lldkb.com

7                       **CERTIFICATE OF FILING AND SERVICE**

8            I hereby certify under penalty of perjury under the laws of the State of Washington that

9
10   on this date, I caused to be electronically filed the foregoing document with the Clerk of the

11   Court using the CM/ECF system, who will send notification of such filing to the following

12   party:

13   **Plaintiffs' Attorneys:**               ***Attorneys for Defendant State of***
14   Lily Ramseyer                            ***Washington:***
     Rebecca Jane Roe                         Allison Croft
15   Jeffery P. Robinson                      Kaylynn What
     Schroeter Goldmark & Bender              Melissa Nelson
16   401 Union Street, Suite 3400             Simmons Sweeny Freimund Smith Tardif PLLC
     Seattle, WA 98101                        711 Capitol Way South, Suite 602
17   ramseyer@sgb-law.com                     Olympia, WA 98501
     roe@sgb-law.com                          allison@ssslawgroup.com
18   robinson@sgb-law.com                     kaylynn@ssslawgroup.com
                                              melissa@ssslawgroup.com
19   Braden Pence
20   MACDONALD, HOAGUE & BAYLESS
     705 2nd Avenue, Suite 1500               ***Attorneys for Defendant Pierce County:***
21   Seattle, WA 98104-1745                   Kerri Ann Jorgensen
     bradenp@mhb.com                          Jennifer Loynd
22                                            Pierce County Prosecutor's Office
     Jesse A. Merrithew                       930 Tacoma Avenue South, Suite 946
23   LEVI, MERRITHEW, HORST, PC               Tacoma, WA 98402-2102
     610 SW Alder Street, Suite 415           kerri.jorgensen@piercecountywa.gov
24   Portland, OR 97205-3605                  jennifer.loynd@piercecountywa.gov
     jesse@lmhlegal.com
25

26

**ANSWER OF DEFENDANTS CITY OF LAKEWOOD AND**                    *LAW, LYMAN, DANIEL,*
**MICHAEL MERRILL TO PLAINTIFF'S SECOND AMENDED**               *KAMERRER & BOGDANOVICH, P.S.*
**COMPLAINT AND AFFIRMATIVE DEFENSES – 16**                      *ATTORNEYS AT LAW*
**Cause No.: 3:23-cv-05618-DGE**                                 *2674 R.W. JOHNSON RD. TUMWATER, WA 98512*
                                                                 *P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
                                                                 *(360) 754-3480  FAX: (360) 357-3511*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**_Attorneys for Defendants Oleole &_**
**_Gocha_**:
Chibogu Nneka Nzekwu
Andrea Jae Friedman
Civil Division, Torts Branch
United States Department of Justice
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
chibogu.n.nzekwu@usdoj.gov
andrea.j.friedman@usdoj.gov

DATED this 9th day of July, 2024 at Tumwater, WA.

/s/ Tam Truong
Tam Truong, Legal Assistant

**ANSWER OF DEFENDANTS CITY OF LAKEWOOD AND**
**MICHAEL MERRILL TO PLAINTIFF'S SECOND AMENDED**
**COMPLAINT AND AFFIRMATIVE DEFENSES – 17**
**Cause No.:  3:23-cv-05618-DGE**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*