Honorable David G. Estudillo

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| VAN LOO FIDUCIARY SERVICES, an Oregon Limited Liability Corporation, as Personal Representatives of the ESTATE OF MICHAEL F. REINOEHL,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | No. 3:23-cv-05618-DGE<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

TO: CLERK OF THE COURT

AND TO: ALL PARTIES AND THEIR COUNSEL

PLEASE TAKE NOTICE that attorney KERRI A. JORGENSEN of Patterson Buchanan Fobes & Leitch, Inc., P.S. hereby withdraws as an attorney of record for Defendants Pierce County, James Oleole, and Craig Gocha. The law firm Patterson Buchanan Fobes & Leitch, Inc., P.S. has never been a party to this lawsuit. This Notice of Withdrawal will be effective immediately without further notice.

DATED this 27th day of September, 2024.

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

By: */s/ Kerri A. Jorgensen*

NOTICE OF WITHDRAWAL OF COUNSEL - 1
3:23-cv-05618-DGE

**PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.**

1000 Second Ave., 30th Floor, Seattle, WA 98104
Tel. 206.462.6700 Fax 206.462.6701

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Kerri A. Jorgensen, WSBA 28310
Withdrawing Attorney for Defendants Pierce
County, James Oleole, and Craig Gocha
1000 Second Ave., 30th Floor
Seattle, WA  98104
kaj@pattersonbuchanan.com
(206) 462-6700

NOTICE OF WITHDRAWAL OF COUNSEL - 2
3:23-cv-05618-DGE

**PATTERSON BUCHANAN**
**FOBES & LEITCH, INC., P.S.**

1000 Second Ave., 30th Floor, Seattle, WA  98104
Tel. 206.462.6700  Fax 206.462.6701

# CERTIFICATE OF SERVICE

I hereby certify that on September 27th, 2024, I caused the foregoing documents to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Braden C. Pence
MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, WA 98104-1745
bradenp@mhb.com

Jesse Alan Merrithew
LEVI MERRIHEW HORST PC
610 SW Alder Street, Suite 415
Portland, OR 97205
jesse@lmlegal.com

Lily Ramseyer
Rebecca Jane Roe
Jeffery P. Robinson
SCHROETER GOLDMARK & BENDER
401 Union Street, Suite 3400
Seattle, WA 98101
ramseyer@sgb-law.com
roe@sgb-law.com
robinson@sgb-law.com

Jennifer D. Loynd
Peter J. Helmberger
PIERCE COUNTY PROSECUTING ATTORNEY'S OFFICE
930 Tacoma Ave S., Ste 946
Tacoma, WA 98402
Jennifer.loynd@piercecountywa.gov
Peter.helmberger@piercecountywa.gov

John E. Justice
Matthew T. Sonneby
LAW LYMAN DANIEL KAMERRER & BOGDANOVICH
P.O. Box 11880
Olympia, WA 98508-1880
jjustice@lldkb.com
msonneby@lldkb.com

Allison M. Croft
Kaylynn What
Melissa L. Nelson
SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
711 Capitol Way South, Suite 602
Olympia, WA 98501
allison@ssslawgroup.com
kaylynn@ssslawgroup.com
melissa@ssslawgroup.com

Nicole Marimon
Andrea J. Friedman
Chibogu Nneka Nzekwu
US DEPARTMENT OF JUSTICE
Civil Torts Division
PO Box 7146
Washington, DC 20044
Andrea.j.friedman@usdoj.gov
Chibogu.n.nzekqi@usdoj.gov

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 27th day of September, 2024, at Seattle, Washington.

*/s/ Sonja Peterson*
Sonja Peterson, Legal Assistant