# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CINDY VAN LOO, | CASE NO. 3:23-cv-05618-DGE |
| Plaintiff, | MINUTE ORDER |
| v. | |
| UNITED STATES OF AMERICA et al., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

The Motion for Leave to File Overlength Motion and Briefs (Dkt. No. 118) by Defendants Oleole and Gocha is GRANTED. Defendants may file a summary judgment motion not to exceed 8,900 words.

Dated this 26th day of December, 2024.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 1