Honorable David G. Estudillo

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CINDY VAN LOO, an Oregon resident, as Personal Representative of the ESTATE OF MICHAEL F. REINOEHL,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA; PIERCE COUNTY, a political subdivision of the State of Washington; the MUNICIPALITY OF LAKEWOOD, a municipal corporation; STATE OF WASHINGTON; JAMES OLEOLE, an individual; CRAIG GOCHA, an individual; MICHAEL MERRILL, an individual; and JACOB WHITEHURST, an individual.<br><br>Defendants. | NO. 3:23-cv-05618-DGE<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' CITY OF LAKEWOOD AND MICHAEL MERRILL'S MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT** |

THIS MATTER came on for consideration on the Defendants' City of Lakewood and Michael Merrill's Motion for Summary Judgment and Memorandum in Support. The court has reviewed the following:

1. Motion for Summary Judgment and Memorandum in Support on Behalf of the City of Lakewood and Michael Merrill;

2. Declaration of Michael Merrill;

3. Defendants' Joint Statement of Undisputed Facts.

**[PROPOSED] ORDER GRANTING DEFENDANTS' CITY OF LAKEWOOD AND MICHAEL MERRILL'S MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT– 1**

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA 98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

Cause No.: 3:23-cv-05618-DGE

and, the following opposing materials:

4. _____; and

5. _____.

and, the following reply materials, if any:

6. _____; and

7. _____.

These records and files show that there is no genuine issue as to any material fact regarding plaintiff's claims against the defendants, and that defendants are entitled to summary judgment of dismissal of these claims as a matter of law. Now, therefore, IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment and Memorandum in Support is hereby GRANTED, and all claims are hereby DISMISSED with prejudice.

DONE this \_\_\_ day of _____, 2024 in Court.

_____
The Honorable David G. Estudillo

Presented by:

LAW, LYMAN, DANIEL, KAMERRER
& BOGDANOVICH, P.S.

*/s/ John E. Justice*

_____
John E. Justice, WSBA No. 23042
Attorney for Defendants City of Lakewood
and Michael Merrill
P.O. Box 11880, Olympia, WA 98508
Phone: (360) 754-3480 Fax: 360-754-3480
Email: jjustice@lldkb.com

[PROPOSED] ORDER GRANTING DEFENDANTS' CITY OF LAKEWOOD AND MICHAEL MERRILL'S MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT– 2

Cause No.: 3:23-cv-05618-DGE

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 R.W. JOHNSON RD. TUMWATER, WA 98512
P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880
(360) 754-3480   FAX: (360) 357-3511