The Hon. David Estudillo

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| VAN LOO FIDUCIARY SERVICES, an Oregon Limited Liability Corporation, as Personal Representative of the ESTATE OF MICHAEL F. REINOEHL,<br><br>        Plaintiff,<br><br> v.<br><br>THE UNITED STATES OF AMERICA; PIERCE COUNTY, a political subdivision of the State of Washington; the MUNICIPALITY OF LAKEWOOD, a municipal corporation; JAMES OLEOLE, an individual; CRAIG GOCHA, an individual; and MICHAEL MERRILL, an individual,<br><br>        Defendants. | No. 3:23-cv-05618-DGE<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

THIS MATTER comes before the Court on Plaintiff's Motion for Partial Summary Judgment. The Court has reviewed the motion and all evidence submitted in support of, and in opposition, if any, to the motion, as well as the pleadings on file, and is otherwise fully informed.

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.

SO ORDERED, this _____ day of _____, 2024.

The Honorable David Estudillo
UNITED STATES DISTRICT JUDGE

Presented by:

SCHROETER GOLDMARK & BENDER

*s/ Rebecca J. Roe*
REBECCA J. ROE, WSBA #7560
JEFFERY P. ROBINSON, WSBA #11950
LILY E. RAMSEYER, WSBA #57012
401 Union Street, Suite 3400
Seattle, WA 98101
Phone: (206) 622-8000
Email: roe@sgb-law.com;
       ramseyer@sgb-law.com;
       robinson2@sgb-law.com

MACDONALD HOAGUE & BAYLESS

*s/ Braden Pence*
BRADEN PENCE, WSBA #43495
705 2nd Avenue, Suite 1500
Seattle, WA 98104-1745
Phone: (206) 622-1604
Email: bradenp@mhb.com

LEVI MERRITHEW HORST PC

*s/ Jesse A. Merrithew*
JESSE A. MERRITHEW, WSBA #50178
610 SW Alder Street, Suite 415
Portland, OR 97205-3605
Phone: (971) 229-1241
Email: jesse@lmhlegal.com

**Counsel for Estate of Michael F. Reinoehl**