UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VAN LOO FIDUCIARY SERVICES, an Oregon Limited Liability Corporation, as Personal Representative of the ESTATE OF MICHAEL F. REINOEHL,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, et al,<br><br>Defendants. | Case No. 3:23-CV-05618 DGE<br><br>TAXATION OF COSTS |

Costs in the above-entitled cause are hereby taxed against Plaintiff(s) VAN LOO FIDUCIARY SERVICES, as Personal Representative of the ESTATE OF MICHAEL F. REINOEHL and on behalf of Defendant(s) UNITED STATES OF AMERICA, in the amount of $25,321.67. Any items that are to be partially awarded or vacated by this court are listed below. All other requested costs are to be deemed as accepted by the Clerk:

TAXATION OF COSTS -1

| Deponent or Fee Type | Cost Requested | Cost Disallowed | Cost Allowed |
|---|---|---|---|
| **Fees for Service of Summons and Subpoena** | $387.16 | $0.00 | $387.16 |
| **Fees for printed or electronically recorded transcripts necessarily obtained for use in the case.** | $27,600.25 | $2,890.00- **PDF/E-Transcript fees** ( 14 @ $35.00= **$490.00**) are not taxable as duplicative of transcript fee and/or for convenience of counsel; **Equipment Rental Fees** ( 3 @ $150.00= **$450.00** ) Rental fees not taxable under 18 USC 1920(2); **Witness Read/Sign Services Fees** ( 3 @ $45.00= **$145.00**) are not taxable and lack specificity or justification for cost; **Cloud Delivery Fees** ( 11 @ $25.00= **$275.00** ) are not taxable as duplicative and/or for convenience of counsel; **Logistics & Processing Fees** (various invoices for total reduction of **$886.00** )are not taxable and lack specificity or justification for cost;; **Secure Hosting and Delivery Fees** ( 4 @ $86.00 = **$344.00**) are not taxable as duplicative and/or for convenience of counsel; **Expenses** ( 2 @ $150.00= **$300.00** ) are not taxable and lack specificity or justification for cost. | $24,710.25 |
| **Fees for Witnesses** | $224.26 | $0.00 | $224.26 |

TAXATION OF COSTS -2

| Totals | Costs Requested | Costs Disallowed | Costs Allowed |
|---|---|---|---|
| | $28,211.67 | $2,890.00 | $25,321.67 |

Furthermore, the Clerk of the Court has no discretion but to allow any and all properly ascribed costs to the prevailing party. Neither the economic disparity between the parties nor the perceived or alleged chilling effect on future litigation may be taken into consideration by the Clerk.

Entered this ___1st___ day of April 2025

                                          Ravi Subramanian, Clerk
                                        U. S. District Court

                              By:  s/ *Patrick Sherwood*
                                    Patrick Sherwood,
                                    Deputy in Charge

TAXATION OF COSTS -3