The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VAN LOO FIDUCIARY SERVICES, an Oregon Limited Liability Corporation, as Personal Representative of the ESTATE OF MICHAEL F. REINOEHL,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, *et al.*<br><br>Defendants. | Case No. 3:23-cv-05618-DGE<br><br>NOTICE OF WITHDRAWAL |

The undersigned counsel files this Notice of Withdrawal to inform the Court that Trial Attorney Andrea Jae Friedman is withdrawing from representation of Defendants United States of America, Craig Gocha, and James Oleole in this matter. Defendants will continue to be represented in any remaining matters by the other attorneys from the Department of Justice who have appeared in this case – C. Nneka Nzekwu and Nicole Marimon.

EXECUTED this 4th day of April, 2025

*/s/ Andrea Jae Friedman*
ANDREA FRIEDMAN, CA No. 291692
Trial Attorney
United States Department of Justice
Torts Branch, Civil Division

NOTICE OF WITHDRAWAL
[3:23-cv-05618-DGE] - **1**

**U.S. DEPARTMENT OF JUSTICE**
Ben Franklin Station, PO Box 7146
Washington, DC 20044
202-305-0336

P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044-7146
Tel: (202) 305-0336
Email: andrea.j.friedman@usdoj.gov

/s/ C. Nneka Nzekwu
C. NNEKA NZEKWU, NY No. 5515994
NICOLE MARIMON
Trial Attorneys
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044-7146
Tel: (202) 616-4325
Email: Chibogu.n.nzekwu@usdoj.gov

*Attorneys for Defendants United States of America, Craig Gocha, and James Oleole*

NOTICE OF WITHDRAWAL
[3:23-cv-05618-DGE] - **2**

**U.S. DEPARTMENT OF JUSTICE**
Ben Franklin Station, PO Box 7146
Washington, DC 20044
202-305-0336